# EXHIBIT 8

| UCID | SITEID | ACCOUNTNBR | ANI | CED | IVRSE | APPSE | APPEN | APPL | CALLSTART | CALLSTOP | ENDSTATUS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 00061E | 826017 | 8260170544640054 | 8777342265 | 9158610528 | 165.2 | 165.2 | Resid | en | 10/03/2013 11:41:02 AM | 10/03/2013 11:42:44 AM | APPTRSF |
| 00061A | 826017 | 8260170544640054 | 9158610528 | | 165.2 | 165.2 | Resid | en | 12/30/2013 03:42:41 PM | 12/30/2013 03:43:44 PM | HANGUP |
| 00053A | 826017 | 8260170544640054 | 9158610528 | | 165.2 | 165.2 | Resid | en | 12/30/2013 03:55:19 PM | 12/30/2013 03:56:41 PM | SPCHAGENT |
| 000627 | 826017 | 8260170544640054 | 9158610528 | | 165.2 | 165.2 | Resid | en | 12/30/2013 03:48:30 PM | 12/30/2013 03:49:52 PM | APPTRSF |
| 000616 | 826017 | 8260170544640054 | 9158610528 | | 165.2 | 165.2 | Resid | en | 01/07/2014 01:46:16 PM | 01/07/2014 01:47:52 PM | APPTRSF |
| 00052C | 826017 | 8260170544640054 | 9158610528 | | 165.2 | 165.2 | Resid | en | 01/07/2014 01:33:00 PM | 01/07/2014 01:36:15 PM | APPTRSF |
| 00061FC152CF4685 | | | 9158610528 | | 165.2 | 165.2 | Resid | en | 01/09/2014 08:02:01 PM | 01/09/2014 08:02:06 PM | HANGUP |
| 000619 | 826017 | 8260170544640054 | 9158610528 | | 165.2 | 165.2 | Resid | en | 01/13/2014 03:36:37 PM | 01/13/2014 03:38:24 PM | APPTRSF |
| 00060A3152D6D2FB | | | 9158610528 | | 165.2 | 165.2 | Resid | en | 01/15/2014 01:27:14 PM | 01/15/2014 01:29:08 PM | APPTRSF |
| 000611 | 826017 | 8260170540560306 | 9158610528 | | 165.2 | 165.2 | Resid | en | 01/21/2014 05:28:20 PM | 01/21/2014 05:29:30 PM | NA |
| 000627 | 826017 | 8260170540560306 | 9158610528 | | 165.2 | 165.2 | Resid | en | 01/21/2014 07:16:38 PM | 01/21/2014 07:18:57 PM | APPTRSF |
| 00063C | 826017 | 8260170540560306 | 9158610528 | | 165.2 | 165.2 | Resid | en | 01/21/2014 07:28:54 PM | 01/21/2014 07:30:34 PM | APPTRSF |
| 00063A9252DF1092 | | | 9158610528 | | 165.2 | 165.2 | Resid | en | 01/21/2014 07:28:07 PM | 01/21/2014 07:28:24 PM | HANGUP |
| 000619EF52E1A5AC | | | 9158610528 | | 165.2 | 165.2 | Resid | en | 01/23/2014 06:28:49 PM | 01/23/2014 06:28:52 PM | HANGUP |
| 000620 | 826017 | 8260170540560306 | 9158610528 | | 165.2 | 165.2 | Resid | en | 01/24/2014 09:58:57 AM | 01/24/2014 10:01:06 AM | APPTRSF |
| 00061D | 826017 | 8260170540560306 | 9158610528 | | 165.2 | 165.2 | Resid | en | 01/24/2014 09:56:31 AM | 01/24/2014 09:58:40 AM | HANGUP |
| 00060D | 826017 | 8260170540560306 | 9153077980 | 9158610528 | 165.2 | 165.2 | Resid | en | 01/28/2014 12:01:52 AM | 01/28/2014 12:04:29 AM | APPTRSF |
| 000609 | 826017 | 8260170540560306 | 9153077980 | 9158610528 | 165.2 | 165.2 | Resid | en | 03/20/2014 01:19:20 PM | 03/20/2014 01:21:18 PM | SPCHAGENT |
| 000637 | 826017 | 8260170540560306 | 9158610528 | | 165.2 | 165.2 | Resid | en | 03/20/2014 01:13:11 PM | 03/20/2014 01:18:40 PM | SPCHAGENT |
| 000533 | 826017 | 8260170540560306 | 9153077980 | 9158610528 | 165.2 | 165.2 | Resid | en | 04/03/2014 07:16:09 PM | 04/03/2014 07:18:03 PM | APPTRSF |
| 000525 | 826017 | 8260170540560306 | 9153077980 | 9158610528 | 165.2 | 165.2 | Resid | en | 06/28/2014 08:35:06 PM | 06/28/2014 08:37:07 PM | NA |
| 000531 | 826017 | 8260170540560306 | 9153077980 | 9158610528 | 165.2 | 165.2 | Resid | en | 07/04/2014 02:25:08 PM | 07/04/2014 02:27:09 PM | APPTRSF |
| 00050F | 826017 | 8260170540560306 | 9153077980 | 9158610528 | 165.2 | 165.2 | Resid | en | 07/04/2014 02:50:35 PM | 07/04/2014 02:52:27 PM | APPTRSF |
| 00060F | 826017 | 8260170540560306 | 9158610528 | | 165.2 | 165.2 | Resid | en | 07/07/2014 06:37:59 PM | 07/07/2014 06:39:33 PM | APPTRSF |

| TRANS | CATEGORY | DNIS | POC | IVRMODE | IVR_BU | CUSTOMERTYPE | LAST_DEFLECTED_TASK | SEGMENTATION |
|---|---|---|---|---|---|---|---|---|
| Y | 013 | 1970000 | Billing_Vagu | SDD | 82601700 | R | | Younger Budget Bundlers |
| N | | 1970000 | Unknown | SSS | 82601700 | R | | Younger Budget Bundlers |
| Y | 010 | 1910051 | Unknown | SSS | 82601700 | R | | Younger Budget Bundlers |
| Y | 020 | 1970000 | Service_Car | SSS | 82601700 | R | | Younger Budget Bundlers |
| Y | 013 | 1970000 | Billing_Prob | SDD | 82601700 | R | | Younger Budget Bundlers |
| Y | 021 | 1910051 | Service_Mov | SDD | 82601700 | R | | Younger Budget Bundlers |
| N | | 1970000 | NULL | SSS | NAT | | | |
| Y | 015 | 1913000 | Service_New | SDD | 82601700 | R | | Younger Budget Bundlers |
| Y | 080 | 1913000 | Service_New | SDD | 82601700 | | | |
| Y | 010 | 1911500 | Catalyst_Ad | SSS | 82601700 | R | | Younger Budget Bundlers |
| Y | 059 | 1970000 | Appointment | SSS | 82601700 | R | | Younger Budget Bundlers |
| Y | 015 | 1970000 | Service_New | SDD | 82601700 | R | | Younger Budget Bundlers |
| N | | 1970000 | NULL | SSS | NAT | | | |
| N | | 1970000 | NULL | SSS | NAT | | | |
| Y | 015 | 1970000 | Service_New | SDD | 82601700 | R | | Younger Budget Bundlers |
| N | | 1970000 | Service_Cha | SDD | 82601700 | R | | Younger Budget Bundlers |
| Y | 066 | 1970000 | Tech_HSI_C | SDD | 82601700 | R | | Younger Budget Bundlers |
| Y | 013 | 1970000 | Billing_Vagu | SDD | 82601700 | R | | Younger Budget Bundlers |
| Y | 013 | 1970000 | Billing_Paym | SDD | 82601700 | R | | Younger Budget Bundlers |
| Y | 013 | 1910051 | Billing_Prob | SDD | 82601700 | R | | Younger Budget Bundlers |
| Y | 003 | 1910051 | Seasonal_D | SDD | 82601700 | R | | Younger Budget Bundlers |
| Y | 020 | 1910051 | Service_Car | SDD | 82601700 | R | | Younger Budget Bundlers |
| Y | 020 | 1910051 | Service_Car | SDD | 82601700 | R | | Younger Budget Bundlers |
| Y | 071 | 1970000 | Service_Dov | SDD | 82601700 | R | | Younger Budget Bundlers |