UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Araceli King,<br><br>   Plaintiff,<br><br>v.<br><br>Time Warner Cable, Inc.,<br><br>   Defendant. | Civil Action No.: 1:14-cv-02018-AKH |

## DECLARATION OF ARACELI KING

Pursuant to 28 U.S.C. § 1746, Araceli King, hereby declares as follows:

1. I am the Plaintiff in this matter and have knowledge of the facts contained in this declaration and could testify to the same if called to do so.

2. Beginning on July 3, 2013, Time Warner Cable, Inc. ("TWC"), started calling my cellular telephone number (915) 861-0528 for Luiz Perez. TWC was calling me from telephone number (800) 892-2253.

3. I provided my cellular telephone number to TWC in connection with my TWC account and did not provide it for any other purpose.

4. I took photographic screenshots of my cellular telephone call history showing TWC's inbound calls to my cellular telephone regarding the account for Luiz Perez. The screenshots are attached herewith as <u>Exhibit 5</u>.

5. When I answered the calls from TWC, or when I listened to voicemail messages left by TWC, I heard a prerecorded message.

6. Some of TWC's voicemail messages were silent, lasting only a few seconds.

2

7. TWC's prerecorded messages stated that it was calling for Luiz Perez regarding his overdue account balance.

8. I do not know Luiz Perez and I never consented to receive any calls on my cellular telephone in regard to Luiz Perez' account with TWC.

9. On October 3, 2013, I spoke to TWC's representative and asked that it stop calling my cellular telephone regarding Luiz Perez' account.

10. On January 7, 2014, I spoke to TWC's representative and again asked that all calls to my cellular telephone regarding Luiz Perez' account stop.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated: June 19, 2015

_____
Araceli King