UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Araceli King,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Time Warner Cable, Inc.,<br><br>　　　　　Defendant. | Civil Action No.: 1:14-cv-02018-AKH |

## **PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56, Plaintiff Araceli King, through undersigned counsel, hereby moves for summary judgment against Defendant Time Warner Cable, Inc., for violation of the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. §§ 227, *et seq*.

In support of the foregoing, Plaintiff submits the accompanying Memorandum of Law in Support of Plaintiff's Motion for Summary Judgment, Plaintiff's Local Rule 56.1 Statement of Undisputed Facts, the Declaration of Araceli King, Declaration of Sergei Lemberg and the exhibits attached thereto.

Dated: June 23, 2015

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　By  */s/ Sergei Lemberg*
　　　　　　　　　　　　　　　　　　Sergei Lemberg, Esq.
　　　　　　　　　　　　　　　　　　LEMBERG LAW, LLC
　　　　　　　　　　　　　　　　　　1100 Summer Street, 3rd Floor
　　　　　　　　　　　　　　　　　　Stamford, CT 06905
　　　　　　　　　　　　　　　　　　Telephone: (203) 653-2250
　　　　　　　　　　　　　　　　　　Facsimile:  (203) 653-3424
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

# CERTIFICATE OF SERVICE

       I hereby certify that on June 23, 2015, I electronically filed the foregoing through the CM/ECF system which sent notice of such filing to the following:

Charles D. Cole, Jr.
Newman Myers Kreines Gross Harris, P.C.
40 Wall Street
New York, New York 10005-1335
*Attorneys for Defendant*

                                          */s/ Sergei Lemberg*
                                          Sergei Lemberg