# EXHIBIT 1



**Sprint**
Jackie Bourland
Corporate Security, Subpoena Specialist
Mailstop KSOPHM0206
6480 Sprint Parkway
Overland Park, KS 66251
Phone: 913-794-2835  Fax: 816-600-3161
Email: Jackie.L.Bourland@sprint.com
Toll Free: 800-877-7330

02/03/2015

Charles Cole
Newman Myers Kreines Gross Harris PC
40 Wall St 26th Fl
New York, NY 10005

**Sprint Case Number: 2015-009639**
**Your Referenced Case Number: 14CIV2018AKH**

Dear Charles Cole,

Pursuant to the above-referenced case, I am enclosing records for the requested time period associated with the following:

**(915) 861-0528**

*************************************************************

Request Type:   Subscription Info (Basic)
Date Range:         01/01/2012 12:00:00 AM to 01/16/2015 11:59:59 PM
Subject Number:     9158610528

Comments:
*************** ACCOUNT DETAILS ********************

Billing Account Number (BAN): 207721414
Account Establish Date: 7/14/2012
Account Expiration (Cancel) Date: Active through Date Searched

Account Billing Address(es):
Effective: 7/14/2012
ARACELI KING
7955 CRESCENT MOON PL
EL PASO, TX 79932

Account Contact Numbers:
Phone: 9154016978      Active Date: 12/15/2014

Last Bill Date: 1/10/2015
Last Bill Amount: $90.97

*************** SUBSCRIBER DETAILS ********************

SubscriberID: 65858469021
Personal Telephone Number (PTN / MDN)
9158610528     Status Date: 7/14/2012 8:44:14 PM     Status: A

Media Access Control Identifier
(MAC_ID)             Effective
NO DATA FOUND

Urban Fleet Mobile Identifier
(UFMI)               Effective
NO DATA FOUND

Non iDEN Direct Connect / Push to Talk
                     Effective
NO DATA FOUND

Internet Protocol Address
(IP)                 Effective
NO DATA FOUND

Network Access Identifier
(NAI)
ARACELIKING@SPRINTPCS.COM     7/14/2012 8:44:14 PM     Status: A

************EQUIPMENT******************

International Mobile Subscriber Identity(s) (IMSI)
310120109694897    Status Date: 11/15/2014 12:00:00 AM   Status: A

Universal Integrated Circuit Card(s) (UICC)
NO DATA FOUND

Mobile Station Identification Number(s) (MSID)
000009152306988           7/14/2012 8:44:14 PM     Status: A

Subscriber Identity Module(s) (SIM)
NO DATA FOUND

Electronic Serial Number (ESN/MSN)
089792512506914345   Effective: 11/15/2014 Expiration: Active through Date Searched
270113181605618834   Effective: 7/14/2012  Expiration: 11/15/2014   Status: C

International Mobile Station Equipment Identity (IMEI)
NO DATA FOUND

\*\*\*\*\*\*\*\*\*\*\*\*FEATURES\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

America - Roaming Include   Effective: 11/15/2014 Expiration: Active through Date Searched
Any Mobile Anytime          Effective: 11/15/2014 Expiration: Active through Date Searched
Anytime Minutes             Effective: 11/15/2014 Expiration: Active through Date Searched
Caller ID                   Effective: 11/15/2014 Expiration: Active through Date Searched
Cellular Minutes            Effective: 11/15/2014 Expiration: Active through Date Searched
Dom Roaming Packet Data K   Effective: 11/15/2014 Expiration: Active through Date Searched
Domestic Data Roaming       Effective: 11/15/2014 Expiration: Active through Date Searched
Domestic LD Rate            Effective: 11/15/2014 Expiration: Active through Date Searched
Enhanced VoiceMail          Effective: 11/15/2014 Expiration: Active through Date Searched
Long Distance While Roami   Effective: 11/15/2014 Expiration: Active through Date Searched
LTE Provisioning Feature    Effective: 11/15/2014 Expiration: Active through Date Searched
MMS Messaging               Effective: 11/15/2014 Expiration: Active through Date Searched
Mobile TV                   Effective: 11/15/2014 Expiration: Active through Date Searched
Modified Nights and Weeke   Effective: 11/15/2014 Expiration: Active through Date Searched
SMS Text Messages           Effective: 11/15/2014 Expiration: Active through Date Searched
Sprint 3G Data Services     Effective: 11/15/2014 Expiration: Active through Date Searched
Sprint 3G eHRPD Data        Effective: 11/15/2014 Expiration: Active through Date Searched
Sprint 4G Data Services     Effective: 11/15/2014 Expiration: Active through Date Searched
Video Mail                  Effective: 11/15/2014 Expiration: Active through Date Searched
America - Roaming Include   Effective: 7/14/2012  Expiration: 11/15/2014
Video Mail                  Effective: 7/14/2012  Expiration: 11/15/2014
Sprint 3G Data Services     Effective: 7/14/2012  Expiration: 11/15/2014
Premium Data Required       Effective: 7/14/2012  Expiration: 11/15/2014
SMS Text Messages           Effective: 7/14/2012  Expiration: 11/15/2014
Modified Nights and Weeke   Effective: 7/14/2012  Expiration: 11/15/2014
Mobile TV                   Effective: 7/14/2012  Expiration: 11/15/2014
MMS Messaging               Effective: 7/14/2012  Expiration: 11/15/2014
EVDO Service                Effective: 7/14/2012  Expiration: 11/15/2014
Long Distance While Roami   Effective: 7/14/2012  Expiration: 11/15/2014
Enhanced VoiceMail          Effective: 7/14/2012  Expiration: 11/15/2014
Domestic LD Rate            Effective: 7/14/2012  Expiration: 11/15/2014
Domestic Data Roaming       Effective: 7/14/2012  Expiration: 11/15/2014
Dom Roaming Packet Data K   Effective: 7/14/2012  Expiration: 11/15/2014
Cellular Minutes            Effective: 7/14/2012  Expiration: 11/15/2014
Call Detail                 Effective: 7/14/2012  Expiration: 11/15/2014
Caller ID                   Effective: 7/14/2012  Expiration: 11/15/2014
Anytime Minutes             Effective: 7/14/2012  Expiration: 11/15/2014
Any Mobile Anytime          Effective: 7/14/2012  Expiration: 11/15/2014
=====================================

Please use the contact information listed above for any questions or further inquiries regarding this request.

Sincerely,

Jackie Bourland
Subpoena Compliance
Sprint Corporate Security

Enclosures

*Notice: If the records contained in the attached package are utilized in trial proceedings, and if you require a records custodian for authentication, be advised Sprint does not have local representatives. Sprint's Trial Team is located at our Corporate Headquarters in Overland Park, Kansas. You will need to contact the Trial Team at CSTrialTeam@Sprint.com or call our office at 800-877-7330. Our office will require at least two-weeks notice in addition to pre-paid travel arrangements by your office.