# EXHIBIT 3

| UCID | BUSINESS_UN | ACCOUNT_NUMBER | CUSTOMER_PH | QUEUE_DATE | LS_ATTEMPT_DATE | ATT | AUDIT_DATE | ATTEMPT_STATUSES |
|---|---|---|---|---|---|---|---|---|
| 044FF69 | 82601700 | 8260170540560306 | 9158650528,9 | 1/2/2014 2:05:02.45 | 1/2/2014 2:05:07.719795 P | 1 | 1/2/2014 2:19:35.20 | {NETWORK_REFUSAL} |
| 044F511 | 82601700 | 8260170540560306 | 9158650528,9 | 1/2/2014 7:04:25.06 | 1/2/2014 7:04:31.925790 P | 1 | 1/2/2014 7:07:43.74 | {NETWORK_REFUSAL} |
| 044FB0A | 82601700 | 8260170540560306 | 9158610528,9 | 1/14/2014 2:00:58.0 | 1/14/2014 2:03:37.988812 | 1 | 1/14/2014 2:07:10. | {NO_ANSWER} |
| 044FB0A | 82601700 | 8260170540560306 | 9158610528,9 | 1/14/2014 2:00:58.0 | 1/14/2014 2:03:37.988812 | 2 | 1/14/2014 2:08:44.5 | {NO_ANSWER,NETWORK_ |
| 044F125 | 82601700 | 8260170540560306 | 9158610528,9 | 1/14/2014 6:59:49.8 | 1/14/2014 6:59:58.627196 | 1 | 1/14/2014 7:07:04.0 | {ANSWERING_MACHINE} |
| 044F125 | 82601700 | 8260170540560306 | 9158610528,9 | 1/14/2014 6:59:49.8 | 1/14/2014 6:59:58.627196 | 2 | 1/14/2014 7:09:07. | {ANSWERING_MACHINE,N |
| 044F3D5 | 82601700 | 8260170540560306 | 9158610528,9 | 1/21/2014 7:06:48.6 | 1/21/2014 7:07:07.751427 | 1 | 1/21/2014 7:08:50.3 | {LIVE_VOICE} |
| 044F472 | 82601700 | 8260170540560306 | 9158610528,9 | 1/23/2014 2:05:43.2 | 1/23/2014 2:07:29.697595 | 1 | 1/23/2014 2:13:36.0 | {ANSWERING_MACHINE} |
| 044F472 | 82601700 | 8260170540560306 | 9158610528,9 | 1/23/2014 2:05:43.2 | 1/23/2014 2:07:29.697595 | 2 | 1/23/2014 2:24:58. | {ANSWERING_MACHINE,N |
| 044F9E8 | 82601700 | 8260170540560306 | 9158610528,9 | 1/23/2014 7:05:23.6 | 1/23/2014 7:05:34.083927 | 1 | 1/23/2014 7:09:53.3 | {ANSWERING_MACHINE} |
| 044F9E8 | 82601700 | 8260170540560306 | 9158610528,9 | 1/23/2014 7:05:23.6 | 1/23/2014 7:05:34.083927 | 2 | 1/23/2014 7:10:55.3 | {ANSWERING_MACHINE,N |
| 03E82C | 82601700 | 8260170540560306 | 9158610528 | 3/18/2014 4:19:11.3 | 3/18/2014 4:22:10.677399 | 1 | 3/18/2014 4:07:06.3 | {ANSWERING_MACHINE} |
| 03E82C | 82601700 | 8260170540560306 | 9158610528 | 3/18/2014 4:19:11.3 | 3/18/2014 4:22:10.677399 | 2 | 3/18/2014 8:46:33.5 | {ANSWERING_MACHINE,AI |
| 03E82C | 82601700 | 8260170540560306 | 9158610528 | 3/18/2014 4:19:11.3 | 3/18/2014 4:22:10.677399 | 3 | 3/18/2014 10:48:56 | {ANSWERING_MACHINE,AI |
| 044FA84 | 82601700 | 8260170540560306 | 9158610528,9 | 7/4/2014 7:01:14.49 | 7/4/2014 7:01:20.719398 P | 1 | 7/4/2014 7:02:44.56 | {ANSWERING_MACHINE} |
| 044FA84 | 82601700 | 8260170540560306 | 9158610528,9 | 7/4/2014 7:01:14.49 | 7/4/2014 7:01:20.719398 P | 1 | 7/4/2014 7:02:56.04 | {ANSWERING_MACHINE,N |
| 03E838 | 82601700 | 8260170544640054 | 9158610528 | 7/3/2013 4:12:03.84 | 7/3/2013 4:26:02.060744 A | 1 | 7/3/2013 11:22:56.2 | {LIVE_VOICE} |
| 03EA74 | 82601700 | 8260170544640054 | 9158610528 | 7/11/2013 4:26:03.3 | 7/11/2013 4:53:27.542248 | 1 | 7/11/2013 10:39:16 | {LIVE_VOICE} |
| 03F2B2 | 82601700 | 8260170544640054 | 9158610528 | 7/14/2013 4:41:41.8 | 7/14/2013 4:47:55.401000 | 1 | 7/14/2013 9:51:00.9 | {PAST_DUE} |
| 03E904 | 82601700 | 8260170544640054 | 9158610528 | 8/7/2013 4:23:37.46 | 8/7/2013 5:01:50.276618 A | 1 | 8/7/2013 10:14:46.3 | {LIVE_VOICE} |
| 03F2AF | 82601700 | 8260170544640054 | 9158610528 | 8/14/2013 4:54:36.1 | 8/14/2013 5:13:10.891502 | 1 | 8/14/2013 11:09:46 | {LIVE_VOICE} |
| 03E830 | 82601700 | 8260170544640054 | 9158610528 | 9/3/2013 4:14:37.96 | 9/3/2013 4:25:15.404835 A | 1 | 9/3/2013 1:25:17.38 | {BUSY} |
| 03E830 | 82601700 | 8260170544640054 | 9158610528 | 9/3/2013 4:14:37.96 | 9/3/2013 4:25:15.404835 A | 2 | 9/4/2013 1:53:34.34 | {BUSY,PAST_DUE} |
| 03E97E | 82601700 | 8260170544640054 | 9158610528 | 9/7/2013 4:26:12.95 | 9/7/2013 4:36:26.914505 A | 1 | 9/7/2013 10:41:30. | {NO_APP_RESPONSE} |
| 03EA9A | 82601700 | 8260170544640054 | 9158610528 | 9/11/2013 4:23:51.3 | 9/11/2013 4:37:35.509804 | 1 | 9/11/2013 10:42:01 | {ANSWERING_MACHINE} |
| 03EA9A | 82601700 | 8260170544640054 | 9158610528 | 9/11/2013 4:23:51.3 | 9/11/2013 4:37:35.509804 | 2 | 9/11/2013 5:38:05.5 | {ANSWERING_MACHINE,AI |
| 03EA9A | 82601700 | 8260170544640054 | 9158610528 | 9/11/2013 4:23:51.3 | 9/11/2013 4:37:35.509804 | 3 | 9/11/2013 9:40:56.3 | {ANSWERING_MACHINE,AI |
| 03E89B | 82601700 | 8260170544640054 | 9158610528 | 10/3/2013 4:21:51.7 | 10/3/2013 4:41:42.874267 | 1 | 10/3/2013 11:37:57 | {LIVE_VOICE} |
| 03E94D | 82601700 | 8260170544640054 | 9158610528 | 10/7/2013 4:35:30.3 | 10/7/2013 4:40:11.596310 | 1 | 10/7/2013 10:13:55 | {ANSWERING_MACHINE} |
| 03E94D | 82601700 | 8260170544640054 | 9158610528 | 10/7/2013 4:35:30.3 | 10/7/2013 4:40:11.596310 | 2 | 10/7/2013 5:41:32.0 | {ANSWERING_MACHINE,AI |
| 03E94D | 82601700 | 8260170544640054 | 9158610528 | 10/7/2013 4:35:30.3 | 10/7/2013 4:40:11.596310 | 3 | 10/7/2013 9:24:18.5 | {ANSWERING_MACHINE,AI |
| 03EA49 | 82601700 | 8260170544640054 | 9158610528 | 10/11/2013 4:24:16. | 10/11/2013 4:34:44.822334 | 1 | 10/11/2013 10:51:1 | {ANSWERING_MACHINE} |
| 03EA49 | 82601700 | 8260170544640054 | 9158610528 | 10/11/2013 4:24:16. | 10/11/2013 4:34:44.822334 | 2 | 10/11/2013 7:11:13 | {ANSWERING_MACHINE,AI |
| 03EA49 | 82601700 | 8260170544640054 | 9158610528 | 10/11/2013 4:24:16. | 10/11/2013 4:34:44.822334 | 3 | 10/12/2013 12:25:5 | {ANSWERING_MACHINE,AI |
| 03F21C | 82601700 | 8260170544640054 | 9158610528 | 10/14/2013 7:58:44. | 10/14/2013 8:02:10.612575 | 1 | 10/14/2013 11:36:4 | {BUSY} |
| 03F21C | 82601700 | 8260170544640054 | 9158610528 | 10/14/2013 7:58:44. | 10/14/2013 8:02:10.612575 | 2 | 10/14/2013 3:54:57 | {BUSY,ANSWERING_MACH |
| 03F21C | 82601700 | 8260170544640054 | 9158610528 | 10/14/2013 7:58:44. | 10/14/2013 8:02:10.612575 | 3 | 10/14/2013 7:38:47 | {BUSY,ANSWERING_MACH |
| 03E9FC | 82601700 | 8260170544640054 | 9158610528 | 11/7/2013 4:12:33.3 | 11/7/2013 4:28:27.193453 | 1 | 11/7/2013 10:13:18 | {ANSWERING_MACHINE} |
| 03E9FC | 82601700 | 8260170544640054 | 9158610528 | 11/7/2013 4:12:33.3 | 11/7/2013 4:28:27.193453 | 2 | 11/7/2013 5:40:37.4 | {ANSWERING_MACHINE,AI |
| 03E9FC | 82601700 | 8260170544640054 | 9158610528 | 11/7/2013 4:12:33.3 | 11/7/2013 4:28:27.193453 | 3 | 11/7/2013 9:40:03.0 | {ANSWERING_MACHINE,AI |
| 03EAB9 | 82601700 | 8260170544640054 | 9158610528 | 11/11/2013 4:14:23. | 11/11/2013 4:27:09.273512 | 1 | 11/11/2013 10:55:4 | {ANSWERING_MACHINE} |
| 03EAB9 | 82601700 | 8260170544640054 | 9158610528 | 11/11/2013 4:14:23. | 11/11/2013 4:27:09.273512 | 2 | 11/11/2013 2:46:46 | {ANSWERING_MACHINE,AI |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 03EAB9 | 82601700 | 8260170544640054 | 9158610528 | 11/11/2013 4:14:23. | 11/11/2013 4:27:09.273512 | 3 | 11/11/2013 6:31:32 | {ANSWERING_MACHINE,AI |
| 03F2F7 | 82601700 | 8260170544640054 | 9158610528 | 11/14/2013 5:15:52. | 11/14/2013 5:28:55.945175 | 1 | 11/14/2013 12:51:5 | {ANSWERING_MACHINE} |
| 03F2F7 | 82601700 | 8260170544640054 | 9158610528 | 11/14/2013 5:15:52. | 11/14/2013 5:28:55.945175 | 2 | 11/14/2013 4:42:19 | {ANSWERING_MACHINE,AI |
| 03F2F7 | 82601700 | 8260170544640054 | 9158610528 | 11/14/2013 5:15:52. | 11/14/2013 5:28:55.945175 | 3 | 11/14/2013 8:38:36 | {ANSWERING_MACHINE,AI |
| 03F372 | 82601700 | 8260170544640054 | 9158610528 | 11/17/2013 4:26:15. | 11/17/2013 4:38:40.577919 | 1 | 11/18/2013 12:07:2 | {PAST_DUE} |
| 03E807 | 82601700 | 8260170544640054 | 9158610528 | 12/3/2013 4:11:23.6 | 12/3/2013 4:25:43.806133 | 1 | 12/3/2013 2:49:55. | {ANSWERING_MACHINE} |
| 03E807 | 82601700 | 8260170544640054 | 9158610528 | 12/3/2013 4:11:23.6 | 12/3/2013 4:25:43.806133 | 2 | 12/3/2013 9:10:30. | {ANSWERING_MACHINE,AI |
| 03E807 | 82601700 | 8260170544640054 | 9158610528 | 12/3/2013 4:11:23.6 | 12/3/2013 4:25:43.806133 | 3 | 12/4/2013 2:19:34. | {ANSWERING_MACHINE,AI |
| 03E9E6 | 82601700 | 8260170544640054 | 9158610528 | 12/7/2013 4:20:26.1 | 12/7/2013 4:34:32.624927 | 1 | 12/7/2013 10:12:35 | {ANSWERING_MACHINE} |
| 03E9E6 | 82601700 | 8260170544640054 | 9158610528 | 12/7/2013 4:20:26.1 | 12/7/2013 4:34:32.624927 | 2 | 12/7/2013 3:13:40.0 | {ANSWERING_MACHINE,AI |
| 03E9E6 | 82601700 | 8260170544640054 | 9158610528 | 12/7/2013 4:20:26.1 | 12/7/2013 4:34:32.624927 | 3 | 12/8/2013 3:20:00. | {ANSWERING_MACHINE,AI |
| 03EAB6 | 82601700 | 8260170544640054 | 9158610528 | 12/11/2013 4:48:28. | 12/11/2013 6:11:30.213297 | 1 | 12/11/2013 10:41:3 | {ANSWERING_MACHINE} |
| 03EAB6 | 82601700 | 8260170544640054 | 9158610528 | 12/11/2013 4:48:28. | 12/11/2013 6:11:30.213297 | 2 | 12/11/2013 2:25:41 | {ANSWERING_MACHINE,LI |
| 03F25B | 82601700 | 8260170544640054 | 9158610528 | 12/14/2013 3:55:57. | 12/14/2013 4:04:40.346673 | 1 | 12/14/2013 11:39:1 | {ANSWERING_MACHINE} |
| 03F25B | 82601700 | 8260170544640054 | 9158610528 | 12/14/2013 3:55:57. | 12/14/2013 4:04:40.346673 | 2 | 12/14/2013 3:21:42 | {ANSWERING_MACHINE,LI |
| 03F32C | 82601700 | 8260170544640054 | 9158610528 | 12/17/2013 3:46:02. | 12/17/2013 3:53:16.896192 | 1 | 12/17/2013 11:38:0 | {ANSWERING_MACHINE} |
| 03F32C | 82601700 | 8260170544640054 | 9158610528 | 12/17/2013 3:46:02. | 12/17/2013 3:53:16.896192 | 2 | 12/17/2013 3:21:35 | {ANSWERING_MACHINE,AI |
| 03F32C | 82601700 | 8260170544640054 | 9158610528 | 12/17/2013 3:46:02. | 12/17/2013 3:53:16.896192 | 3 | 12/17/2013 7:05:45 | {ANSWERING_MACHINE,AI |
| 03F42F | 82601700 | 8260170544640054 | 9158610528 | 12/20/2013 4:02:30. | 12/22/2013 8:39:22.192801 | 1 | 12/22/2013 8:39:27 | {PAST_DUE} |
| 03E86E | 82601700 | 8260170544640054 | 9158610528 | 1/3/2014 4:11:58.67 | 1/3/2014 6:11:04.544709 A | 1 | 1/3/2014 11:28:01. | {ANSWERING_MACHINE} |
| 03E86E | 82601700 | 8260170544640054 | 9158610528 | 1/3/2014 4:11:58.67 | 1/3/2014 6:11:04.544709 A | 2 | 1/3/2014 11:43:59. | {ANSWERING_MACHINE,PA |
| 03E950 | 82601700 | 8260170544640054 | 9158610528 | 1/7/2014 4:08:26.42 | 1/7/2014 4:13:54.801667 A | 1 | 1/7/2014 10:12:09. | {ANSWERING_MACHINE} |
| 03E950 | 82601700 | 8260170544640054 | 9158610528 | 1/7/2014 4:08:26.42 | 1/7/2014 4:13:54.801667 A | 2 | 1/7/2014 1:56:45.64 | {ANSWERING_MACHINE,AI |
| 03E950 | 82601700 | 8260170544640054 | 9158610528 | 1/7/2014 4:08:26.42 | 1/7/2014 4:13:54.801667 A | 3 | 1/7/2014 5:40:55.8 | {ANSWERING_MACHINE,AI |
| 03EADB | 82601700 | 8260170544640054 | 9158610528 | 1/11/2014 4:21:32.1 | 1/11/2014 4:43:59.064237 | 1 | 1/11/2014 10:39:38 | {ANSWERING_MACHINE} |
| 03EADB | 82601700 | 8260170544640054 | 9158610528 | 1/11/2014 4:21:32.1 | 1/11/2014 4:43:59.064237 | 2 | 1/11/2014 2:23:07. | {ANSWERING_MACHINE,AI |
| 03EADB | 82601700 | 8260170544640054 | 9158610528 | 1/11/2014 4:21:32.1 | 1/11/2014 4:43:59.064237 | 3 | 1/11/2014 10:03:38 | {ANSWERING_MACHINE,AI |
| 03F2F7 | 82601700 | 8260170544640054 | 9158610528 | 1/15/2014 11:09:58. | 1/15/2014 11:15:58.700034 | 1 | 1/15/2014 11:39:58 | {ANSWERING_MACHINE} |
| 03F2F7 | 82601700 | 8260170544640054 | 9158610528 | 1/15/2014 11:09:58. | 1/15/2014 11:15:58.700034 | 2 | 1/15/2014 3:23:29. | {ANSWERING_MACHINE,AI |
| 03F2F7 | 82601700 | 8260170544640054 | 9158610528 | 1/15/2014 11:09:58. | 1/15/2014 11:15:58.700034 | 3 | 1/15/2014 7:08:34. | {ANSWERING_MACHINE,AI |
| 03F31C | 82601700 | 8260170544640054 | 9158610528 | 1/17/2014 4:48:30.9 | 1/17/2014 5:11:58.975322 | 1 | 1/17/2014 12:18:08 | {ANSWERING_MACHINE} |
| 03F83B | 82601700 | 8260170544640054 | 9158610528 | 2/3/2014 4:14:17.18 | 2/3/2014 4:22:49.174349 A | 1 | 2/3/2014 12:02:51. | {ANSWERING_MACHINE} |
| 03F83B | 82601700 | 8260170544640054 | 9158610528 | 2/3/2014 4:14:17.18 | 2/3/2014 4:22:49.174349 A | 2 | 2/3/2014 7:57:39.4 | {ANSWERING_MACHINE,AI |
| 03F83B | 82601700 | 8260170544640054 | 9158610528 | 2/3/2014 4:14:17.18 | 2/3/2014 4:22:49.174349 A | 3 | 2/3/2014 9:57:41.30 | {ANSWERING_MACHINE,AI |
| 03E9F9 | 82601700 | 8260170544640054 | 9158610528 | 2/7/2014 4:15:03.21 | 2/7/2014 4:24:14.580322 A | 1 | 2/7/2014 10:17:58.0 | {ANSWERING_MACHINE} |
| 03E9F9 | 82601700 | 8260170544640054 | 9158610528 | 2/7/2014 4:15:03.21 | 2/7/2014 4:24:14.580322 A | 2 | 2/7/2014 4:23:28.09 | {ANSWERING_MACHINE,AI |
| 03E9F9 | 82601700 | 8260170544640054 | 9158610528 | 2/7/2014 4:15:03.21 | 2/7/2014 4:24:14.580322 A | 3 | 2/7/2014 8:07:37.0 | {ANSWERING_MACHINE,AI |
| 03EA8B | 82601700 | 8260170544640054 | 9158610528 | 2/11/2014 4:16:03.3 | 2/11/2014 4:20:15.979762 | 1 | 2/11/2014 10:46:23 | {ANSWERING_MACHINE} |
| 03EA8B | 82601700 | 8260170544640054 | 9158610528 | 2/11/2014 4:16:03.3 | 2/11/2014 4:20:15.979762 | 2 | 2/11/2014 3:11:42. | {ANSWERING_MACHINE,LI |
| 03F2FB | 82601700 | 8260170544640054 | 9158610528 | 2/14/2014 3:50:49.7 | 2/14/2014 3:54:20.911548 | 1 | 2/14/2014 12:46:57 | {ANSWERING_MACHINE} |
| 03F2FB | 82601700 | 8260170544640054 | 9158610528 | 2/14/2014 3:50:49.7 | 2/14/2014 3:54:20.911548 | 2 | 2/14/2014 4:30:14. | {ANSWERING_MACHINE,AI |
| 03F2FB | 82601700 | 8260170544640054 | 9158610528 | 2/14/2014 3:50:49.7 | 2/14/2014 3:54:20.911548 | 3 | 2/14/2014 8:14:37. | {ANSWERING_MACHINE,AI |
| 03F32A | 82601700 | 8260170544640054 | 9158610528 | 2/17/2014 3:10:11.0 | 2/17/2014 3:15:07.417941 | 1 | 2/17/2014 10:26:35 | {ANSWERING_MACHINE} |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 03F32A5 | 82601700 | 8260170544640054 | 9158610528 | 2/17/2014 3:10:11.0 | 2/17/2014 3:15:07.417941 | 2 | 2/17/2014 2:19:02. | {ANSWERING_MACHINE,A |
| 03F32A5 | 82601700 | 8260170544640054 | 9158610528 | 2/17/2014 3:10:11.0 | 2/17/2014 3:15:07.417941 | 3 | 2/17/2014 6:03:12. | {ANSWERING_MACHINE,A |
| 03F4660 | 82601700 | 8260170544640054 | 9158610528 | 2/20/2014 4:04:44.2 | 2/20/2014 4:07:09.691728 | 1 | 2/20/2014 11:41:00 | {ANSWERING_MACHINE} |
| 03F4660 | 82601700 | 8260170544640054 | 9158610528 | 2/20/2014 4:04:44.2 | 2/20/2014 4:07:09.691728 | 2 | 2/20/2014 3:24:59. | {ANSWERING_MACHINE,A |
| 03F4660 | 82601700 | 8260170544640054 | 9158610528 | 2/20/2014 4:04:44.2 | 2/20/2014 4:07:09.691728 | 3 | 2/20/2014 7:09:10. | {ANSWERING_MACHINE,A |
| 03F5D4 | 82601700 | 8260170544640054 | 9158610528 | 2/23/2014 2:33:18.4 | 2/23/2014 2:34:58.763269 | 1 | 2/23/2014 9:51:52. | {PAST_DUE} |
| 03F687D | 82601700 | 8260170544640054 | 9158610528 | 2/25/2014 4:57:01.4 | 2/25/2014 4:57:36.460573 | 1 | 2/25/2014 11:41:25 | {ANSWERING_MACHINE} |
| 03F687D | 82601700 | 8260170544640054 | 9158610528 | 2/25/2014 4:57:01.4 | 2/25/2014 4:57:36.460573 | 2 | 2/25/2014 3:25:20. | {ANSWERING_MACHINE,A |
| 03F687D | 82601700 | 8260170544640054 | 9158610528 | 2/25/2014 4:57:01.4 | 2/25/2014 4:57:36.460573 | 3 | 2/25/2014 7:09:25. | {ANSWERING_MACHINE,A |
| 03E8500 | 82601700 | 8260170544640054 | 9158610528 | 3/3/2014 4:22:15.39 | 3/3/2014 4:25:00.538153 A | 1 | 3/3/2014 7:09:45.07 | {ANSWERING_MACHINE} |
| 03E8500 | 82601700 | 8260170544640054 | 9158610528 | 3/3/2014 4:22:15.39 | 3/3/2014 4:25:00.538153 A | 2 | 3/3/2014 9:53:57.6 | {ANSWERING_MACHINE,P |
| 03E9B4 | 82601700 | 8260170544640054 | 9158610528 | 3/7/2014 4:15:17.02 | 3/7/2014 4:19:36.673932 A | 1 | 3/7/2014 10:39:26. | {ANSWERING_MACHINE} |
| 03E9B4 | 82601700 | 8260170544640054 | 9158610528 | 3/7/2014 4:15:17.02 | 3/7/2014 4:19:36.673932 A | 2 | 3/7/2014 5:17:07.5 | {ANSWERING_MACHINE,A |
| 03E9B4 | 82601700 | 8260170544640054 | 9158610528 | 3/7/2014 4:15:17.02 | 3/7/2014 4:19:36.673932 A | 3 | 3/7/2014 9:00:57.08 | {ANSWERING_MACHINE,A |
| 03EACD | 82601700 | 8260170544640054 | 9158610528 | 3/11/2014 4:12:40.3 | 3/11/2014 4:14:47.041706 | 1 | 3/11/2014 11:37:25 | {ANSWERING_MACHINE} |
| 03EACD | 82601700 | 8260170544640054 | 9158610528 | 3/11/2014 4:12:40.3 | 3/11/2014 4:14:47.041706 | 2 | 3/11/2014 3:22:45. | {ANSWERING_MACHINE,A |
| 03EACD | 82601700 | 8260170544640054 | 9158610528 | 3/11/2014 4:12:40.3 | 3/11/2014 4:14:47.041706 | 3 | 3/11/2014 7:07:17. | {ANSWERING_MACHINE,A |
| 03F201D | 82601700 | 8260170544640054 | 9158610528 | 3/14/2014 3:14:35.4 | 3/14/2014 3:17:55.071557 | 1 | 3/14/2014 10:38:20 | {ANSWERING_MACHINE} |
| 03F201D | 82601700 | 8260170544640054 | 9158610528 | 3/14/2014 3:14:35.4 | 3/14/2014 3:17:55.071557 | 2 | 3/14/2014 4:11:51. | {ANSWERING_MACHINE,A |
| 03F201D | 82601700 | 8260170544640054 | 9158610528 | 3/14/2014 3:14:35.4 | 3/14/2014 3:17:55.071557 | 3 | 3/14/2014 7:58:43. | {ANSWERING_MACHINE,A |
| 03F35A | 82601700 | 8260170544640054 | 9158610528 | 3/17/2014 4:31:24.9 | 3/17/2014 4:32:40.661205 | 1 | 3/17/2014 2:44:14. | {ANSWERING_MACHINE} |
| 03F35A | 82601700 | 8260170544640054 | 9158610528 | 3/17/2014 4:31:24.9 | 3/17/2014 4:32:40.661205 | 2 | 3/17/2014 8:06:16. | {ANSWERING_MACHINE,A |
| 03F35A | 82601700 | 8260170544640054 | 9158610528 | 3/17/2014 4:31:24.9 | 3/17/2014 4:32:40.661205 | 3 | 3/17/2014 9:45:30. | {ANSWERING_MACHINE,A |
| 03F40A9 | 82601700 | 8260170544640054 | 9158610528 | 3/20/2014 5:23:20.7 | 3/20/2014 5:25:24.160748 | 0 | 3/20/2014 12:46:20 | {NO_RESOURCE_RETRY} |
| 03F40A9 | 82601700 | 8260170544640054 | 9158610528 | 3/20/2014 5:23:20.7 | 3/20/2014 5:25:24.160748 | 1 | 3/20/2014 3:13:56. | {NO_RESOURCE_RETRY,A |
| 03F40A9 | 82601700 | 8260170544640054 | 9158610528 | 3/20/2014 5:23:20.7 | 3/20/2014 5:25:24.160748 | 2 | 3/20/2014 8:42:32. | {NO_RESOURCE_RETRY,A |
| 03F40A9 | 82601700 | 8260170544640054 | 9158610528 | 3/20/2014 5:23:20.7 | 3/20/2014 5:25:24.160748 | 3 | 3/20/2014 9:46:23. | {NO_RESOURCE_RETRY,A |
| 03F5890 | 82601700 | 8260170544640054 | 9158610528 | 3/23/2014 5:50:18.8 | 3/23/2014 5:52:35.469795 | 1 | 3/23/2014 9:57:12. | {PAST_DUE} |
| 03E88B | 82601700 | 8260170544640054 | 9158610528 | 4/3/2014 4:11:49.93 | 4/3/2014 4:16:00.425871 A | 1 | 4/3/2014 6:38:37.84 | {ANSWERING_MACHINE} |
| 03E88B | 82601700 | 8260170544640054 | 9158610528 | 4/3/2014 4:11:49.93 | 4/3/2014 4:16:00.425871 A | 2 | 4/3/2014 10:16:09. | {ANSWERING_MACHINE,P |
| 03E910 | 82601700 | 8260170544640054 | 9158610528 | 4/7/2014 4:16:05.76 | 4/7/2014 4:19:13.712451 A | 1 | 4/7/2014 10:20:55. | {ANSWERING_MACHINE} |
| 03E910 | 82601700 | 8260170544640054 | 9158610528 | 4/7/2014 4:16:05.76 | 4/7/2014 4:19:13.712451 A | 2 | 4/7/2014 7:47:03.83 | {ANSWERING_MACHINE,A |
| 03E910 | 82601700 | 8260170544640054 | 9158610528 | 4/7/2014 4:16:05.76 | 4/7/2014 4:19:13.712451 A | 3 | 4/7/2014 10:28:42. | {ANSWERING_MACHINE,A |
| 03EAA7 | 82601700 | 8260170544640054 | 9158610528 | 4/11/2014 4:26:55.7 | 4/11/2014 4:30:00.286713 | 1 | 4/11/2014 10:46:54 | {ANSWERING_MACHINE} |
| 03EAA7 | 82601700 | 8260170544640054 | 9158610528 | 4/11/2014 4:26:55.7 | 4/11/2014 4:30:00.286713 | 2 | 4/11/2014 4:03:51. | {ANSWERING_MACHINE,A |
| 03EAA7 | 82601700 | 8260170544640054 | 9158610528 | 4/11/2014 4:26:55.7 | 4/11/2014 4:30:00.286713 | 3 | 4/11/2014 7:47:34. | {ANSWERING_MACHINE,A |
| 03F2D7 | 82601700 | 8260170544640054 | 9158610528 | 4/14/2014 5:06:37.4 | 4/14/2014 5:10:08.111126 | 1 | 4/14/2014 12:01:36 | {ANSWERING_MACHINE} |
| 03F2D7 | 82601700 | 8260170544640054 | 9158610528 | 4/14/2014 5:06:37.4 | 4/14/2014 5:10:08.111126 | 2 | 4/14/2014 4:57:06. | {ANSWERING_MACHINE,A |
| 03F2D7 | 82601700 | 8260170544640054 | 9158610528 | 4/14/2014 5:06:37.4 | 4/14/2014 5:10:08.111126 | 3 | 4/14/2014 8:40:44. | {ANSWERING_MACHINE,A |
| 03F33F | 82601700 | 8260170544640054 | 9158610528 | 4/17/2014 4:06:47.8 | 4/17/2014 4:12:28.649746 | 1 | 4/17/2014 11:54:36 | {ANSWERING_MACHINE} |
| 03F33F | 82601700 | 8260170544640054 | 9158610528 | 4/17/2014 4:06:47.8 | 4/17/2014 4:12:28.649746 | 2 | 4/17/2014 4:20:13. | {ANSWERING_MACHINE,A |
| 03F33F | 82601700 | 8260170544640054 | 9158610528 | 4/17/2014 4:06:47.8 | 4/17/2014 4:12:28.649746 | 3 | 4/17/2014 8:04:17. | {ANSWERING_MACHINE,A |
| 03F487 | 82601700 | 8260170544640054 | 9158610528 | 4/20/2014 8:20:23.0 | 4/20/2014 8:21:37.210498 | 1 | 4/20/2014 9:52:37. | {PAST_DUE} |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 03F55A5 | 82601700 | 8260170544640054 | 9158610528 | 4/23/2014 5:03:56.8 | 4/23/2014 5:06:08.297681 | 1 | 4/23/2014 11:59:05 | {ANSWERING_MACHINE} |
| 03F55A5 | 82601700 | 8260170544640054 | 9158610528 | 4/23/2014 5:03:56.8 | 4/23/2014 5:06:08.297681 | 2 | 4/23/2014 5:35:49.4 | {ANSWERING_MACHINE,A |
| 03F55A5 | 82601700 | 8260170544640054 | 9158610528 | 4/23/2014 5:03:56.8 | 4/23/2014 5:06:08.297681 | 3 | 4/23/2014 9:19:50.5 | {ANSWERING_MACHINE,A |
| 03F6464 | 82601700 | 8260170544640054 | 9158610528 | 4/25/2014 5:36:08.2 | 4/25/2014 5:37:35.486184 | 1 | 4/25/2014 3:08:42.4 | {ANSWERING_MACHINE} |
| 03F6464 | 82601700 | 8260170544640054 | 9158610528 | 4/25/2014 5:36:08.2 | 4/25/2014 5:37:35.486184 | 2 | 4/25/2014 7:40:29.1 | {ANSWERING_MACHINE,A |
| 03F6464 | 82601700 | 8260170544640054 | 9158610528 | 4/25/2014 5:36:08.2 | 4/25/2014 5:37:35.486184 | 3 | 4/25/2014 10:21:47 | {ANSWERING_MACHINE,A |
| 044F393 | 82601700 | 8260170544640054 | 9158610528,9 | 4/30/2014 2:00:54.5 | 4/30/2014 2:01:02.586692 | 1 | 4/30/2014 2:02:27. | {ANSWERING_MACHINE} |
| 044F393 | 82601700 | 8260170544640054 | 9158610528,9 | 4/30/2014 2:00:54.5 | 4/30/2014 2:01:02.586692 | 2 | 4/30/2014 2:03:04.0 | {ANSWERING_MACHINE,A |
| 044F792 | 82601700 | 8260170544640054 | 9158610528,9 | 4/30/2014 6:59:24.6 | 4/30/2014 6:59:38.852752 | 1 | 4/30/2014 7:01:08.0 | {ANSWERING_MACHINE} |
| 044F792 | 82601700 | 8260170544640054 | 9158610528,9 | 4/30/2014 6:59:24.6 | 4/30/2014 6:59:38.852752 | 2 | 4/30/2014 7:03:21. | {ANSWERING_MACHINE,LI |
| 03E8DC | 82601700 | 8260170544640054 | 9158610528 | 5/3/2014 4:18:27.58 | 5/3/2014 4:24:22.476022 A | 1 | 5/3/2014 1:46:54.10 | {ANSWERING_MACHINE} |
| 03E8DC | 82601700 | 8260170544640054 | 9158610528 | 5/3/2014 4:18:27.58 | 5/3/2014 4:24:22.476022 A | 2 | 5/3/2014 5:29:44.1 | {ANSWERING_MACHINE,A |
| 03E8DC | 82601700 | 8260170544640054 | 9158610528 | 5/3/2014 4:18:27.58 | 5/3/2014 4:24:22.476022 A | 3 | 5/3/2014 10:00:06.9 | {ANSWERING_MACHINE,A |
| 03E9640 | 82601700 | 8260170544640054 | 9158610528 | 5/7/2014 4:37:52.75 | 5/7/2014 4:42:21.136499 A | 1 | 5/7/2014 10:14:49.3 | {ANSWERING_MACHINE} |
| 03E9640 | 82601700 | 8260170544640054 | 9158610528 | 5/7/2014 4:37:52.75 | 5/7/2014 4:42:21.136499 A | 2 | 5/7/2014 3:46:08.24 | {ANSWERING_MACHINE,A |
| 03E9640 | 82601700 | 8260170544640054 | 9158610528 | 5/7/2014 4:37:52.75 | 5/7/2014 4:42:21.136499 A | 3 | 5/7/2014 7:26:52.11 | {ANSWERING_MACHINE,A |
| 03F2D1 | 82601700 | 8260170544640054 | 9158610528 | 5/14/2014 4:19:40.4 | 5/14/2014 4:21:16.925491 | 1 | 5/14/2014 1:29:13.2 | {ANSWERING_MACHINE} |
| 03F2D1 | 82601700 | 8260170544640054 | 9158610528 | 5/14/2014 4:19:40.4 | 5/14/2014 4:21:16.925491 | 2 | 5/14/2014 5:12:47.0 | {ANSWERING_MACHINE,A |
| 03F2D1 | 82601700 | 8260170544640054 | 9158610528 | 5/14/2014 4:19:40.4 | 5/14/2014 4:21:16.925491 | 3 | 5/14/2014 8:56:53.2 | {ANSWERING_MACHINE,A |
| 03F3B3 | 82601700 | 8260170544640054 | 9158610528 | 5/17/2014 3:10:09.0 | 5/17/2014 3:12:33.224604 | 1 | 5/17/2014 1:15:08.9 | {ANSWERING_MACHINE} |
| 03F3B3 | 82601700 | 8260170544640054 | 9158610528 | 5/17/2014 3:10:09.0 | 5/17/2014 3:12:33.224604 | 2 | 5/17/2014 5:00:08.0 | {ANSWERING_MACHINE,A |
| 03F3B3 | 82601700 | 8260170544640054 | 9158610528 | 5/17/2014 3:10:09.0 | 5/17/2014 3:12:33.224604 | 3 | 5/17/2014 9:45:29.2 | {ANSWERING_MACHINE,A |
| 03F49CI | 82601700 | 8260170544640054 | 9158610528 | 5/20/2014 5:02:25.0 | 5/20/2014 5:03:34.067389 | 1 | 5/20/2014 11:34:46 | {ANSWERING_MACHINE} |
| 03F49CI | 82601700 | 8260170544640054 | 9158610528 | 5/20/2014 5:02:25.0 | 5/20/2014 5:03:34.067389 | 2 | 5/20/2014 3:44:24.0 | {ANSWERING_MACHINE,A |
| 03F49CI | 82601700 | 8260170544640054 | 9158610528 | 5/20/2014 5:02:25.0 | 5/20/2014 5:03:34.067389 | 3 | 5/20/2014 7:28:12.5 | {ANSWERING_MACHINE,A |
| 03F5A69 | 82601700 | 8260170544640054 | 9158610528 | 5/23/2014 3:40:15.5 | 5/23/2014 3:48:25.449113 | 1 | 5/23/2014 11:35:42 | {ANSWERING_MACHINE} |
| 03F5A69 | 82601700 | 8260170544640054 | 9158610528 | 5/23/2014 3:40:15.5 | 5/23/2014 3:48:25.449113 | 2 | 5/23/2014 3:05:48.5 | {ANSWERING_MACHINE,A |
| 03E8B12 | 82601700 | 8260170544640054 | 9158610528 | 6/3/2014 4:17:48.51 | 6/3/2014 4:23:36.690380 A | 1 | 6/3/2014 12:05:53.1 | {ANSWERING_MACHINE} |
| 03E8B12 | 82601700 | 8260170544640054 | 9158610528 | 6/3/2014 4:17:48.51 | 6/3/2014 4:23:36.690380 A | 2 | 6/3/2014 4:29:17.4 | {ANSWERING_MACHINE,A |
| 03E8B12 | 82601700 | 8260170544640054 | 9158610528 | 6/3/2014 4:17:48.51 | 6/3/2014 4:23:36.690380 A | 3 | 6/3/2014 7:58:41.75 | {ANSWERING_MACHINE,A |
| 03E9B0 | 82601700 | 8260170544640054 | 9158610528 | 6/7/2014 4:20:30.82 | 6/7/2014 4:25:07.245886 A | 1 | 6/7/2014 10:12:32.0 | {ANSWERING_MACHINE} |
| 03E9B0 | 82601700 | 8260170544640054 | 9158610528 | 6/7/2014 4:20:30.82 | 6/7/2014 4:25:07.245886 A | 2 | 6/7/2014 1:55:30.1 | {ANSWERING_MACHINE,A |
| 03E9B0 | 82601700 | 8260170544640054 | 9158610528 | 6/7/2014 4:20:30.82 | 6/7/2014 4:25:07.245886 A | 3 | 6/7/2014 5:25:40.20 | {ANSWERING_MACHINE,A |
| 03EADC | 82601700 | 8260170544640054 | 9158610528 | 6/11/2014 4:18:22.6 | 6/11/2014 4:22:57.191041 | 1 | 6/11/2014 12:36:14 | {ANSWERING_MACHINE} |
| 03EADC | 82601700 | 8260170544640054 | 9158610528 | 6/11/2014 4:18:22.6 | 6/11/2014 4:22:57.191041 | 2 | 6/11/2014 4:34:27.8 | {ANSWERING_MACHINE,A |
| 03EADC | 82601700 | 8260170544640054 | 9158610528 | 6/11/2014 4:18:22.6 | 6/11/2014 4:22:57.191041 | 3 | 6/11/2014 8:02:56.4 | {ANSWERING_MACHINE,A |
| 03F2FD | 82601700 | 8260170544640054 | 9158610528 | 6/14/2014 4:00:16.9 | 6/14/2014 4:04:06.191398 | 1 | 6/14/2014 11:49:46 | {ANSWERING_MACHINE} |
| 03F2FD | 82601700 | 8260170544640054 | 9158610528 | 6/14/2014 4:00:16.9 | 6/14/2014 4:04:06.191398 | 2 | 6/14/2014 3:19:48.0 | {ANSWERING_MACHINE,A |
| 03F2FD | 82601700 | 8260170544640054 | 9158610528 | 6/14/2014 4:00:16.9 | 6/14/2014 4:04:06.191398 | 3 | 6/14/2014 10:00:04 | {ANSWERING_MACHINE,A |
| 03F37A | 82601700 | 8260170544640054 | 9158610528 | 6/17/2014 5:04:51.2 | 6/17/2014 5:08:39.568739 | 1 | 6/17/2014 11:39:53 | {ANSWERING_MACHINE} |
| 03F37A | 82601700 | 8260170544640054 | 9158610528 | 6/17/2014 5:04:51.2 | 6/17/2014 5:08:39.568739 | 2 | 6/17/2014 3:09:29.8 | {ANSWERING_MACHINE,A |
| 03F37A | 82601700 | 8260170544640054 | 9158610528 | 6/17/2014 5:04:51.2 | 6/17/2014 5:08:39.568739 | 3 | 6/17/2014 6:39:23.8 | {ANSWERING_MACHINE,A |
| 03F40A | 82601700 | 8260170544640054 | 9158610528 | 6/20/2014 3:31:41.8 | 6/20/2014 3:35:01.492127 | 1 | 6/20/2014 11:42:23 | {ANSWERING_MACHINE} |

| ID | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 03F40A4 | 82601700 | 8260170544640054 | 9158610528 | 6/20/2014 3:31:41.8 | 6/20/2014 3:35:01.492127 | 2 | 6/20/2014 3:33:58.0 | {ANSWERING_MACHINE,AI |
| 03F40A4 | 82601700 | 8260170544640054 | 9158610528 | 6/20/2014 3:31:41.8 | 6/20/2014 3:35:01.492127 | 3 | 6/20/2014 7:04:19.1 | {ANSWERING_MACHINE,AI |
| 03F53DI | 82601700 | 8260170544640054 | 9158610528 | 6/23/2014 5:05:58.1 | 6/23/2014 5:08:09.147749 | 1 | 6/23/2014 10:13:07 | {ANSWERING_MACHINE} |
| 03F53DI | 82601700 | 8260170544640054 | 9158610528 | 6/23/2014 5:05:58.1 | 6/23/2014 5:08:09.147749 | 2 | 6/23/2014 1:56:41.3 | {ANSWERING_MACHINE,AI |
| 03F53DI | 82601700 | 8260170544640054 | 9158610528 | 6/23/2014 5:05:58.1 | 6/23/2014 5:08:09.147749 | 3 | 6/23/2014 5:26:41.5 | {ANSWERING_MACHINE,AI |
| 03E8566 | 82601700 | 8260170544640054 | 9158610528 | 7/3/2014 4:14:17.98 | 7/3/2014 4:51:03.595015 A | 1 | 7/3/2014 2:03:25.42 | {ANSWERING_MACHINE} |
| 03E8566 | 82601700 | 8260170544640054 | 9158610528 | 7/3/2014 4:14:17.98 | 7/3/2014 4:51:03.595015 A | 2 | 7/3/2014 6:53:38.81 | {ANSWERING_MACHINE,AI |
| 03E8566 | 82601700 | 8260170544640054 | 9158610528 | 7/3/2014 4:14:17.98 | 7/3/2014 4:51:03.595015 A | 3 | 7/3/2014 9:47:18.52 | {ANSWERING_MACHINE,AI |
| 03E9E4 | 82601700 | 8260170544640054 | 9158610528 | 7/7/2014 4:21:54.05 | 7/7/2014 4:25:14.121495 A | 1 | 7/7/2014 10:30:23.5 | {ANSWERING_MACHINE} |
| 03E9E4 | 82601700 | 8260170544640054 | 9158610528 | 7/7/2014 4:21:54.05 | 7/7/2014 4:25:14.121495 A | 2 | 7/7/2014 8:51:29.64 | {ANSWERING_MACHINE,AI |
| 03E9E4 | 82601700 | 8260170544640054 | 9158610528 | 7/7/2014 4:21:54.05 | 7/7/2014 4:25:14.121495 A | 3 | 7/7/2014 11:06:32.0 | {ANSWERING_MACHINE,AI |
| 03EA51I | 82601700 | 8260170544640054 | 9158610528 | 7/11/2014 12:11:38. | 7/11/2014 12:14:26.761072 | 1 | 7/11/2014 12:32:22 | {ANSWERING_MACHINE} |
| 03EA51I | 82601700 | 8260170544640054 | 9158610528 | 7/11/2014 12:11:38. | 7/11/2014 12:14:26.761072 | 2 | 7/11/2014 5:03:32.0 | {ANSWERING_MACHINE,N |
| 03F296E | 82601700 | 8260170544640054 | 9158610528 | 7/14/2014 3:36:44.7 | 7/14/2014 3:48:46.962501 | 1 | 7/14/2014 11:56:22 | {ANSWERING_MACHINE} |
| 03F296E | 82601700 | 8260170544640054 | 9158610528 | 7/14/2014 3:36:44.7 | 7/14/2014 3:48:46.962501 | 2 | 7/14/2014 4:34:39.9 | {ANSWERING_MACHINE,AI |
| 03F296E | 82601700 | 8260170544640054 | 9158610528 | 7/14/2014 3:36:44.7 | 7/14/2014 3:48:46.962501 | 3 | 7/14/2014 7:58:09.9 | {ANSWERING_MACHINE,AI |
| 03F3C7 | 82601700 | 8260170544640054 | 9158610528 | 7/17/2014 3:36:32.5 | 7/17/2014 3:40:34.454028 | 1 | 7/17/2014 3:45:59.9 | {ANSWERING_MACHINE} |
| 03F3C7 | 82601700 | 8260170544640054 | 9158610528 | 7/17/2014 3:36:32.5 | 7/17/2014 3:40:34.454028 | 2 | 7/17/2014 7:15:34.0 | {ANSWERING_MACHINE,AI |
| 03F3C7 | 82601700 | 8260170544640054 | 9158610528 | 7/17/2014 3:36:32.5 | 7/17/2014 3:40:34.454028 | 3 | 7/17/2014 9:51:27.5 | {ANSWERING_MACHINE,AI |