UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ARACELI KING,

                **Plaintiff,**

    -against-                              14 Civ. 2018  (AKH)

TIME WARNER CABLE, INC.,

                **Defendant.**
----------------------------------------------------------------X

## CROSS-MOTION OF TIME WARNER CABLE INC. FOR SUMMARY JUDGMENT

Please take notice that, upon the declaration of David W. Zitko (with exhibits), the local rule 56.1 statement of undisputed facts, and the memorandum of law, the defendant, Time Warner Cable Inc., will move this court before The Honorable Alvin K. Hellerstein in courtroom 14D of the Daniel Patrick Moynihan United States Courthouse, located at 500 Pearl Street, New York, New York, on a date and time selected by the court for an order, under rule 56 of the Federal Rules of Civil Procedure, granting summary judgment and dismissing the complaint because this plaintiff sustained no injury in fact and thus has no standing to sue and because the plaintiff consented to receive calls from Time Warner Cable when she provided it with her cellular telephone number.

Please take further notice that, by order of Judge Hellerstein; opposition papers must be served by July 9, 2015.

Dated: New York, New York
      July 2, 2015

                              s/Charles D. Cole, Jr.
                              Charles D. Cole, Jr.
                              Newman Myers Kreines Gross Harris, P.C.
                              Attorneys for Defendant Time Warner Cable Inc.
                              40 Wall Street
                              New York, New York 10005-1335
                              (212) 619-4350
                              dcole@nmkgh.com

- 3 -

## CERTIFICATE OF SERVICE

I certify that on July 2, 2015 the cross-motion of Time Warner Cable Inc. for summary judgment was served on the attorney for the plaintiff,

>Jenny DeFrancisco, Esq.
>Lemberg & Associates, LLC
>Attorneys for Plaintiff Araceli King
>1100 Summer Street, 3rd Floor
>Stamford, Connecticut  06905,

by filing it using CM/ECF.

>s/Charles D. Cole, Jr.
>Charles D. Cole, Jr.
>Newman Myers Kreines Gross Harris, P.C.
>Attorneys for Defendant Time Warner Cable Inc.