**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
**ARACELI KING,**

                     **Plaintiff,**

            **-against-**                               **14 Civ. 2018  (AKH)**

**TIME WARNER CABLE, INC.,**

                     **Defendant.**
-----------------------------------------------------------X

### RULE 56.1 STATEMENT OF UNDISPUTED FACTS OF
### TIME WARNER CABLE INC.

1.      Araceli King gave her telephone number to Time Warner Cable Inc. to associate with her customer account.  Declaration of Araceli King ¶ 3.

2.      The Time Warner Cable Residential Services Subscriber Agreement provides,

> 12. **You are Consenting to Phone and Email Contact**
>
> (a)  We may call any number you provide to us (or that we issue to you) for any purpose, including marketing of our Services. . . .
>
> (c)  We may use automated dialing systems or artificial or recorded voices to call you.

Time Warner Cable Residential Services Subscriber Agreement § 12(c) (**Exhibit**

**A**).

3.      Araceli King has no physical injury, emotional injury, or financial loss.  Deposition of Araceli King at 154–55 (**Exhibit 2**).

Dated:  New York, New York
            July 2, 2015

s/Charles D. Cole, Jr.
Charles D. Cole, Jr.
Newman Myers Kreines Gross Harris, P.C.
Attorneys for Defendant Time Warner Cable Inc.
40 Wall Street
New York, New York 10005-1335
(212) 619-4350
dcole@nmkgh.com

## CERTIFICATE OF SERVICE

I certify that on July 2, 2015 the rule 56.1 statement of undisputed

facts of Time Warner Cable Inc. was served on the attorney for the plaintiff,

Jenny DeFrancisco, Esq.
Lemberg & Associates, LLC
Attorneys for Plaintiff Araceli King
1100 Summer Street, 3rd Floor
Stamford, Connecticut  06905,

by filing it using CM/ECF.

s/Charles D. Cole, Jr.
Charles D. Cole, Jr.
Newman Myers Kreines Gross Harris, P.C.
Attorneys for Defendant Time Warner Cable Inc.

- 3 -