UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
ARACELI KING,

                        Plaintiff,

-against-

TIME WARNER CABLE,

                        Defendant.
------------------------------------------------------------- X

**ORDER ON REMAND**

14 Civ. 2018 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The mandate having issued, the parties shall brief the issues posed by the Second Circuit, including whether, applying the correct interpretation of 47 U.S.C. § 227(a), Time Warner Cable's system has the requisite "capacity" to meet the definition of an autodialer.

       Opening papers are due by August 20, 2018; opposition papers by September 7, 2018; and replies by September 14, 2018.

       SO ORDERED.

Dated:     July 30, 2018
             New York, New York

                                                       ALVIN K. HELLERSTEIN
                                                       United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/30/2018